AO 247 (10/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Grilly Holloway, Jr. | ) | Case No: 4:13-CR-00007-2 |
| | ) | USM No: 17930-021 |
| Date of Original Judgment: October 23, 2013 | ) | Thomas A. Withers |
| Date of Previous Amended Judgment: Not Applicable | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __121__ months **is reduced to** __108 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

[FILED stamp: U.S. DISTRICT COURT SAVANNAH DIV. JUN 11 2015 CLERK SO. DIST. OF GA]

Except as otherwise provided above, all provisions of the judgment dated __October 23, 2013,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __June 10, 2015__                      _____
                                                                        Judge's signature

                                                                        William T. Moore, Jr.
                                                                        Judge, U.S. District Court
Effective Date: __November 1, 2015__           Southern District of Georgia
*(if different from order date)*                          *Printed name and title*